FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

1 PAUL L. KIRKPATRICK
2 PATRICK W. HARWOOD
3 KIRKPATRICK & STARTZEL, P.S.
4 S. 1717 Rustle, Suite 102
5 Spokane, WA 99224
6 (509) 455-3647

7 BRIAN K. JULIAN/AMY G. WHITE/CHRIS H. HANSEN
8 ANDERSON, JULIAN & HULL LLP
9 C.W. Moore Plaza
10 250 South Fifth Street, Suite 700
11 P.O. Box 7426
12 Boise, ID 83707-7426
13 (208) 344-5800

14
15 Attorneys for Defendant SWANK          Honorable Alan M. McDonald

16       UNITED STATES DISTRICT COURT
17       EASTERN DISTRICT OF WASHINGTON
18

| | |
|---|---|
| 19 ALEX KORZYK and BARBARA<br>20 KORZYK, husband and wife,<br>21<br>22            Plaintiffs,<br>23<br>24      vs.<br>25 SWANK ENTERPRISES, INC., a<br>26 Montana corporation; and DESIGN<br>27 WEST ARCHITECTS, P.A., a Washington<br>28 Professional Service Corporation,<br>29<br>30           Defendants. | NO. CV-04-0343-AAM<br><br>**ORDER OF DISMISSAL** |

31
32


1  This matter having come before this Court upon the parties' Stipulation for
2
3  Dismissal With Prejudice, and good cause appearing therefor,
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order,
5
6  adjudge and decree that the above-entitled cause be and the same hereby is dismissed
7
8  with prejudice and without costs or fees to any party.
9  DATED this 12 day of Nov, 2005.

ALAN M. McDONALD
U.S. District Judge